## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

AARON EUGENE FERGUSON
REG. #05852-043                                                                                          PETITIONER

VS.                                           2:05CV00325 JMM/JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                              RESPONDENT

### ORDER

Petitioner, who is currently incarcerated at the Federal Correctional Institute located in Forrest City, Arkansas, filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (docket entry #1), and has paid the $5.00 filing fee. The Court will, therefore, order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1.   The Clerk of the Court is directed to serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the United States Attorney by mail.

2.   Respondent shall file a responsive pleading **within twenty (20) days** of service.

Dated this 4th day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE